NOVEMBER 13, 1801.

# Charles Scott *v.* James Taylor and wife, Executors of David Leitch.

*Upon a writ of error to reverse a judgment of the Franklin District Court.*

In an action of debt on a sealed instrument, a variance between the writ and the declaration as to the amount of the bond, is fatal.

This is an action of debt on a note under seal, and the declaration and the note shown to the court are not for the same sum of money specified in the writ. The error being in the writ, the court is of opinion that it is not cured by the act of jeofails.

Therefore, it is considered by the court that the judgment afore-said be reversed and set aside, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the said court.